| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|-----|------|-------|-------|-----------|-----|
| HA0 | 001129 | 00-450 | | 0000220043 | 1 |

# Earnings Statement



*KEVINS WHOLESALE LLC*
*PAYROLL ACCOUNT, 710 CAPOUSE AVE*
*SCRANTON, PA 18509*

Period Beginning: 05/17/2026
Period Ending: 05/23/2026
Pay Date: 05/29/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
　Federal: Optional Higher Withholding Table,$20
　　　　Extra Withholding

**ZACHARY J LANUTI**
**412 ROOSEVELT STREET**
**JERMYN PA 18433**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 21.5000 | 34.25 | 736.38 | 17,667.63 |
| PTO | 21.5000 | 6.00 | 129.00 | 537.50 |
| Overtime | | | | 935.27 |
| Holiday | | | | 344.00 |
| WorkFromHome | | | | 134.38 |
| **Gross Pay** | | | **$865.38** | 19,618.78 |

Your federal taxable wages this period are $782.07

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Er Match | 25.96 | 588.59 |
| Er Medical | 71.05 | 1,563.10 |
| Totl Hrs Worked | 34.25 | |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -33.47 | 819.81 |
| | Social Security Tax | -50.09 | 1,139.45 |
| | Medicare Tax | -11.72 | 266.49 |
| | PA State Income Tax | -24.81 | 564.24 |
| | Scranton Cit Income Tax | -8.08 | 183.76 |
| | Scranton Cit Local Svc Tax | -3.00 | 66.00 |
| | PA SUI Tax | -0.60 | 13.73 |
| | **Other** | | |
| | Long Term Dis | -2.18 | |
| | Medical Pretax | -57.35* | 1,240.50 |
| | Short Term Dis | -5.18 | |
| | 401 K Loan | -11.22 | |
| | 401K | -25.96* | 588.59 |
| | **Net Pay** | **$631.72** | |
| | Checking | -631.72 | |
| | **Net Check** | **$0.00** | |

### Important Notes

COMPANY PH#:(570)344-8985

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information

Exemptions/Allowances:
　PA:　　　　0

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

KEVINS WHOLESALE LLC
PAYROLL ACCOUNT, 710 CAPOUSE AVE
SCRANTON, PA 18509

**Advice number:** **00000220043**
Pay date: 05/29/2026

THIS IS NOT A CHECK

**Deposited to the account of**　　　**account number**　　**transit ABA**　　　　**amount**
**ZACHARY J LANUTI**　　　　　xxxxxxx0214　　　　xxxx xxxx　　　　$631.72

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 052 |
|---|---|---|---|---|---|
| HA0 | 001129 | 00-450 | | 0000230043 | 1 |

# Earnings Statement



*KEVINS WHOLESALE LLC*
*PAYROLL ACCOUNT, 710 CAPOUSE AVE*
*SCRANTON, PA 18509*

| | |
|---|---|
| Period Beginning: | 05/24/2026 |
| Period Ending: | 05/30/2026 |
| Pay Date: | 06/05/2026 |

Filing Status: Married filing jointly
Exemptions/Allowances:
    Federal: Optional Higher Withholding Table,$20
             Extra Withholding

**ZACHARY J LANUTI**
**412 ROOSEVELT STREET**
**JERMYN PA 18433**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.5000 | 25.75 | 553.63 | 18,221.26 |
| Holiday | 21.5000 | 8.00 | 172.00 | 516.00 |
| PTO | 21.5000 | 7.00 | 150.50 | 688.00 |
| Overtime | | | | 935.27 |
| WorkFromHome | | | | 134.38 |
| **Gross Pay** | | | **$876.13** | 20,494.91 |

Your federal taxable wages this period are $792.50

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Match | 26.28 | 614.87 |
| Er Medical | 71.05 | 1,634.15 |
| Totl Hrs Worked | 33.75 | |

## Deductions

| Deductions Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -34.72 | 854.53 |
| Social Security Tax | -50.77 | 1,190.22 |
| Medicare Tax | -11.87 | 278.36 |
| PA State Income Tax | -25.14 | 589.38 |
| Scranton Cit Income Tax | -8.19 | 191.95 |
| Scranton Cit Local Svc Tax | -3.00 | 69.00 |
| PA SUI Tax | -0.62 | 14.35 |
| **Other** | | |
| Long Term Dis | -2.18 | |
| Medical Pretax | -57.35* | 1,297.85 |
| Short Term Dis | -5.18 | |
| 401 K Loan | -11.22 | |
| 401K | -26.28* | 614.87 |
| **Net Pay** | **$639.61** | |
| Checking | -639.61 | |
| **Net Check** | **$0.00** | |

**Important Notes**

COMPANY PH#:(570)344-8985

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
  Exemptions/Allowances:
  PA:          0

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

KEVINS WHOLESALE LLC
PAYROLL ACCOUNT, 710 CAPOUSE AVE
SCRANTON, PA 18509

| Advice number: | 00000230043 |
|---|---|
| Pay date: | 06/05/2026 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ZACHARY J LANUTI** | xxxxxxx0214 | xxxx xxxx | $639.61 |

## NON-NEGOTIABLE

# Earnings Statement



*KEVINS WHOLESALE LLC*
*PAYROLL ACCOUNT, 710 CAPOUSE AVE*
*SCRANTON, PA 18509*

| | |
|---|---|
| Period Beginning: | 05/31/2026 |
| Period Ending: | 06/06/2026 |
| Pay Date: | 06/12/2026 |

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Optional Higher Withholding Table,$20
      Extra Withholding

**ZACHARY J LANUTI**
**412 ROOSEVELT STREET**
**JERMYN PA 18433**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 21.5000 | 35.25 | 757.88 | 18,979.14 |
| PTO | 21.5000 | 5.00 | 107.50 | 795.50 |
| Overtime | | | | 935.27 |
| Holiday | | | | 516.00 |
| WorkFromHome | | | | 134.38 |
| **Gross Pay** | | | **$865.38** | 21,360.29 |

Your federal taxable wages this period are $782.07

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Match | 25.96 | 640.83 |
| Er Medical | 71.05 | 1,705.20 |
| Totl Hrs Worked | 35.25 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -33.47 | 888.00 |
| | Social Security Tax | -50.10 | 1,240.32 |
| | Medicare Tax | -11.71 | 290.07 |
| | PA State Income Tax | -24.81 | 614.19 |
| | Scranton Cit Income Tax | -8.08 | 200.03 |
| | Scranton Cit Local Svc Tax | -3.00 | 72.00 |
| | PA SUI Tax | -0.60 | 14.95 |
| | **Other** | | |
| | Long Term Dis | -2.18 | |
| | Medical Pretax | -57.35* | 1,355.20 |
| | Short Term Dis | -5.18 | |
| | 401 K Loan | -11.22 | |
| | 401K | -25.96* | 640.83 |
| | **Net Pay** | **$631.72** | |
| | Checking | -631.72 | |
| | **Net Check** | **$0.00** | |

### Important Notes
COMPANY PH#:(570)344-8985

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information
Exemptions/Allowances:
  PA:      0

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

KEVINS WHOLESALE LLC
PAYROLL ACCOUNT, 710 CAPOUSE AVE
SCRANTON, PA 18509

| | |
|---|---|
| **Advice number:** | **00000240043** |
| Pay date: | 06/12/2026 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ZACHARY J LANUTI** | xxxxxxx0214 | xxxx xxxx | $631.72 |

## NON-NEGOTIABLE

# Earnings Statement



*KEVINS  WHOLESALE  LLC*
*PAYROLL  ACCOUNT,  710 CAPOUSE  AVE*
*SCRANTON,  PA 18509*

| | |
|---|---|
| Period Beginning: | 06/07/2026 |
| Period Ending: | 06/13/2026 |
| Pay Date: | 06/18/2026 |

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Optional Higher Withholding  Table,$20
      Extra  Withholding

**ZACHARY  J  LANUTI**
**412  ROOSEVELT  STREET**
**JERMYN  PA  18433**

## Earnings

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 21.5000 | 40.00 | 860.00 | 19,839.14 |
| Overtime | 32.2500 | 2.25 | 72.56 | 1,007.83 |
| Holiday | | | | 516.00 |
| PTO | | | | 795.50 |
| WorkFromHome | | | | 134.38 |
| **Gross Pay** | | | **$932.56** | 22,292.85 |

## Deductions

| Statutory | | |
|-----------|---|---|
| Federal Income Tax | -41.29 | 929.29 |
| Social Security Tax | -54.26 | 1,294.58 |
| Medicare Tax | -12.69 | 302.76 |
| PA State Income Tax | -26.87 | 641.06 |
| Scranton Cit Income Tax | -8.75 | 208.78 |
| Scranton Cit Local Svc Tax | -3.00 | 75.00 |
| PA SUI Tax | -0.65 | 15.60 |
| **Other** | | |
| Long Term Dis | -2.18 | |
| Medical Pretax | -57.35* | 1,412.55 |
| Short Term Dis | -5.18 | |
| 401 K Loan | -11.22 | |
| 401K | -27.98* | 668.81 |
| **Net Pay** | | **$681.14** |
| Checking | -681.14 | |
| **Net Check** | | **$0.00** |

Your federal taxable wages this period are $847.23

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Er Match | 27.98 | 668.81 |
| Er Medical | 71.05 | 1,776.25 |
| Totl Hrs Worked | 42.25 | |

### Important Notes
COMPANY  PH#:(570)344-8985

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information
  Exemptions/Allowances:
    PA:      0

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

KEVINS  WHOLESALE  LLC
PAYROLL  ACCOUNT,  710 CAPOUSE  AVE
SCRANTON,  PA 18509

| | |
|---|---|
| **Advice number:** | **00000250043** |
| Pay date: | 06/18/2026 |

THIS IS NOT A CHECK

**Deposited to the account of** | **account number** | **transit ABA** | **amount**
**ZACHARY  J LANUTI** | xxxxxxx0214 | xxxx xxxx | $681.14

# NON-NEGOTIABLE

# Earnings Statement



*KEVINS WHOLESALE LLC*
*PAYROLL ACCOUNT, 710 CAPOUSE AVE*
*SCRANTON, PA 18509*

| | |
|---|---|
| Period Beginning: | 06/14/2026 |
| Period Ending: | 06/20/2026 |
| Pay Date: | 06/26/2026 |

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Optional Higher Withholding Table,$20
       Extra Withholding

**ZACHARY J LANUTI**
**412 ROOSEVELT STREET**
**JERMYN PA 18433**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 21.5000 | 40.00 | 860.00 | 20,699.14 |
| Overtime | 32.2500 | 1.25 | 40.31 | 1,048.14 |
| Holiday | | | | 516.00 |
| PTO | | | | 795.50 |
| WorkFromHome | | | | 134.38 |
| **Gross Pay** | | | **$900.31** | 23,193.16 |

Your federal taxable wages this period are **$815.95**

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Match | 27.01 | 695.82 |
| Er Medical | 71.05 | 1,847.30 |
| Totl Hrs Worked | 41.25 | |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -37.53 | 966.82 |
| | Social Security Tax | -52.26 | 1,346.84 |
| | Medicare Tax | -12.23 | 314.99 |
| | PA State Income Tax | -25.88 | 666.94 |
| | Scranton Cit Income Tax | -8.43 | 217.21 |
| | Scranton Cit Local Svc Tax | -3.00 | 78.00 |
| | PA SUI Tax | -0.64 | 16.24 |
| | **Other** | | |
| | Long Term Dis | -2.18 | |
| | Medical Pretax | -57.35* | 1,469.90 |
| | Short Term Dis | -5.18 | |
| | 401 K Loan | -11.22 | |
| | 401K | -27.01* | 695.82 |
| | **Net Pay** | **$657.40** | |
| | Checking | -657.40 | |
| | **Net Check** | **$0.00** | |

## Important Notes

COMPANY PH#:(570)344-8985

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information

Exemptions/Allowances:
  PA:     0

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

KEVINS WHOLESALE LLC
PAYROLL ACCOUNT, 710 CAPOUSE AVE
SCRANTON, PA 18509

| | |
|---|---|
| **Advice number:** | **00000260044** |
| Pay date: | 06/26/2026 |

THIS IS NOT A CHECK

**Deposited to the account of**

| | account number | transit ABA | amount |
|---|---|---|---|
| **ZACHARY J LANUTI** | xxxxxxx0214 | xxxx xxxx | $657.40 |

## NON-NEGOTIABLE

# Earnings Statement

ADP®

*KEVINS WHOLESALE LLC*
*PAYROLL ACCOUNT, 710 CAPOUSE AVE*
*SCRANTON, PA 18509*

Period Beginning: 06/21/2026
Period Ending: 06/27/2026
Pay Date: 07/02/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Optional Higher Withholding Table,$20
Extra Withholding

**ZACHARY J LANUTI**
**412 ROOSEVELT STREET**
**JERMYN PA 18433**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 21.5000 | 40.00 | 860.00 | 21,559.14 |
| Overtime | 32.2500 | 3.75 | 120.94 | 1,169.08 |
| Holiday | | | | 516.00 |
| PTO | | | | 795.50 |
| WorkFromHome | | | | 134.38 |
| **Gross Pay** | | | **$980.94** | 24,174.10 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -46.92 | 1,013.74 |
| | Social Security Tax | -57.26 | 1,404.10 |
| | Medicare Tax | -13.39 | 328.38 |
| | PA State Income Tax | -28.35 | 695.29 |
| | Scranton Cit Income Tax | -9.24 | 226.45 |
| | Scranton Cit Local Svc Tax | -3.00 | 81.00 |
| | PA SUI Tax | -0.68 | 16.92 |
| | **Other** | | |
| | Long Term Dis | -2.18 | |
| | Medical Pretax | -57.35* | 1,527.25 |
| | Short Term Dis | -5.18 | |
| | 401 K Loan | -11.22 | |
| | 401K | -29.43* | 725.25 |
| | **Net Pay** | **$716.74** | |
| | Checking | -716.74 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are $894.16

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Match | 29.43 | 725.25 |
| Er Medical | 71.05 | 1,918.35 |
| Totl Hrs Worked | 43.75 | |

**Important Notes**
COMPANY PH#:(570)344-8985

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Exemptions/Allowances:
PA: 0

© 2000 ADP, Inc.

KEVINS WHOLESALE LLC
PAYROLL ACCOUNT, 710 CAPOUSE AVE
SCRANTON, PA 18509

**Advice number:** **00000270044**
Pay date: 07/02/2026

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ZACHARY J LANUTI** | xxxxxxx0214 | xxxx xxxx | $716.74 |

**NON-NEGOTIABLE**

# Earnings Statement



KEVINS WHOLESALE LLC
PAYROLL ACCOUNT, 710 CAPOUSE AVE
SCRANTON, PA 18509

| | |
|---|---|
| Period Beginning: | 06/28/2026 |
| Period Ending: | 07/04/2026 |
| Pay Date: | 07/10/2026 |

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Optional Higher Withholding Table,$20
      Extra Withholding

**ZACHARY J LANUTI**
**412 ROOSEVELT STREET**
**JERMYN PA 18433**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 21.5000 | 32.00 | 688.00 | 22,247.14 |
| Overtime | 32.2500 | 2.25 | 72.56 | 1,241.64 |
| Holiday | 21.5000 | 8.00 | 172.00 | 688.00 |
| PTO | | | | 795.50 |
| WorkFromHome | | | | 134.38 |
| **Gross Pay** | | | **$932.56** | 25,106.66 |

Your federal taxable wages this period are **$847.23**

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Er Match | 27.98 | 753.23 |
| Er Medical | 71.05 | 1,989.40 |
| Totl Hrs Worked | 42.25 | |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -41.29 | 1,055.03 |
| | Social Security Tax | -54.27 | 1,458.37 |
| | Medicare Tax | -12.69 | 341.07 |
| | PA State Income Tax | -26.87 | 722.16 |
| | Scranton Cit Income Tax | -8.75 | 235.20 |
| | Scranton Cit Local Svc Tax | -3.00 | 84.00 |
| | PA SUI Tax | -0.65 | 17.57 |
| | **Other** | | |
| | Long Term Dis | -2.18 | |
| | Medical Pretax | -57.35* | 1,584.60 |
| | Short Term Dis | -5.18 | |
| | 401 K Loan | -11.22 | |
| | 401K | -27.98* | 753.23 |
| | **Net Pay** | **$681.13** | |
| | Checking | -681.13 | |
| | **Net Check** | **$0.00** | |

### Important Notes
COMPANY PH#:(570)344-8985

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information
Exemptions/Allowances:
  PA:     0

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

KEVINS WHOLESALE LLC
PAYROLL ACCOUNT, 710 CAPOUSE AVE
SCRANTON, PA 18509

| | |
|---|---|
| **Advice number:** | **00000280045** |
| Pay date: | 07/10/2026 |



| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| **ZACHARY J LANUTI** | xxxxxxxx4544 | xxxx xxxx | $681.13 |

**NON-NEGOTIABLE**

# Earnings Statement



*KEVINS WHOLESALE LLC*
*PAYROLL ACCOUNT, 710 CAPOUSE AVE*
*SCRANTON, PA 18509*

| | |
|---|---|
| Period Beginning: | 07/05/2026 |
| Period Ending: | 07/11/2026 |
| Pay Date: | 07/17/2026 |

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Optional Higher Withholding Table,$20
    Extra Withholding

**ZACHARY J LANUTI**
**412 ROOSEVELT STREET**
**JERMYN PA 18433**

## Earnings

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 21.5000 | 40.00 | 860.00 | 23,107.14 |
| Overtime | 32.2500 | 3.00 | 96.75 | 1,338.39 |
| Holiday | | | | 688.00 |
| PTO | | | | 795.50 |
| WorkFromHome | | | | 134.38 |
| **Gross Pay** | | | **$956.75** | 26,063.41 |

## Deductions

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -44.10 | 1,099.13 |
| | Social Security Tax | -55.76 | 1,514.13 |
| | Medicare Tax | -13.04 | 354.11 |
| | PA State Income Tax | -27.61 | 749.77 |
| | Scranton Cit Income Tax | -8.99 | 244.19 |
| | Scranton Cit Local Svc Tax | -3.00 | 87.00 |
| | PA SUI Tax | -0.67 | 18.24 |
| | **Other** | | |
| | Long Term Dis | -2.18 | |
| | Medical Pretax | -57.35* | 1,641.95 |
| | Short Term Dis | -5.18 | |
| | 401 K Loan | -11.22 | |
| | 401K | -28.70* | 781.93 |
| **Net Pay** | | **$698.95** | |
| Checking | | -698.95 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $870.70

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Er Match | 28.70 | 781.93 |
| Er Medical | 71.05 | 2,060.45 |
| Totl Hrs Worked | 43.00 | |

### Important Notes
COMPANY PH#:(570)344-8985

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information
Exemptions/Allowances:
  PA:        0

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

---

KEVINS WHOLESALE LLC
PAYROLL ACCOUNT, 710 CAPOUSE AVE
SCRANTON, PA 18509

| | |
|---|---|
| **Advice number:** | **00000290044** |
| Pay date: | 07/17/2026 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|------------------------------|----------------|-------------|--------|
| **ZACHARY J LANUTI** | xxxxxxxx4544 | xxxx xxxx | $698.95 |

**NON-NEGOTIABLE**

# Earnings Statement



*KEVINS WHOLESALE LLC*
*PAYROLL ACCOUNT, 710 CAPOUSE AVE*
*SCRANTON, PA 18509*

| | |
|---|---|
| Period Beginning: | 07/12/2026 |
| Period Ending: | 07/18/2026 |
| Pay Date: | 07/24/2026 |

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Optional Higher Withholding Table,$20
       Extra Withholding

**ZACHARY J LANUTI**
**412 ROOSEVELT STREET**
**JERMYN PA 18433**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 21.5000 | 40.00 | 860.00 | 23,967.14 |
| Overtime | 32.2500 | 2.25 | 72.56 | 1,410.95 |
| Holiday | | | | 688.00 |
| PTO | | | | 795.50 |
| WorkFromHome | | | | 134.38 |
| **Gross Pay** | | | **$932.56** | 26,995.97 |

Your federal taxable wages this period are $847.23

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Er Match | 27.98 | 809.91 |
| Er Medical | 71.05 | 2,131.50 |
| Totl Hrs Worked | 42.25 | |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -41.29 | 1,140.42 |
| | Social Security Tax | -54.26 | 1,568.39 |
| | Medicare Tax | -12.69 | 366.80 |
| | PA State Income Tax | -26.87 | 776.64 |
| | Scranton Cit Income Tax | -8.75 | 252.94 |
| | Scranton Cit Local Svc Tax | -3.00 | 90.00 |
| | PA SUI Tax | -0.66 | 18.90 |
| | **Other** | | |
| | Long Term Dis | -2.18 | |
| | Medical Pretax | -57.35* | 1,699.30 |
| | Short Term Dis | -5.18 | |
| | 401 K Loan | -11.22 | |
| | 401K | -27.98* | 809.91 |
| | **Net Pay** | **$681.13** | |
| | Checking | -681.13 | |
| | **Net Check** | **$0.00** | |

**Important Notes**

COMPANY PH#:(570)344-8985

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
  Exemptions/Allowances:
  PA:        0

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

KEVINS WHOLESALE LLC
PAYROLL ACCOUNT, 710 CAPOUSE AVE
SCRANTON, PA 18509

| | |
|---|---|
| **Advice number:** | **00000300043** |
| Pay date: | 07/24/2026 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| **ZACHARY J LANUTI** | xxxxxxxx4544 | xxxx xxxx | $681.13 |

**NON-NEGOTIABLE**