# VE Acquisition LLC dba Memorial Vet Hosp
1534 Scranton Carbondale Hwy
Dickson City, PA 18508

**paylocity**

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | July 24, 2026 | 6657 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| CITIBANK FEDERAL | C | ***0214 | 0.00 |
| SOFI BANK, NATIONAL | C | ***4544 | 1,355.39 |
| **Total Direct Deposits** | | | **1,355.39** |

332082  5450-2-21  6034 6657 5440  **332082**

**Mikaela Lanuti**
412 Roosevelt St
Jermyn, PA 18433

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

## VE Acquisition LLC dba Memorial Vet Hosp

**Mikaela Lanuti**

**Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **6034** | Fed Taxable Income | **1,675.75** | Check Date | **July 24, 2026** |
| Location | **5450-2-21** | Fed Filing Status | **M** | Period Beginning | **July 6, 2026** |
| Hourly | **$22.75** | State Filing Status | **M-0** | Period Ending | **July 19, 2026** |

| | | | | |
|---|---|---|---|---|
| Voucher Number | **6657** | | | |
| Net Pay | **1,355.39** | | | |
| Total Hours Worked | **76.00** | | | |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ER Cost of | | 0.00 | 290.00 | 4,060.00 |
| Floating H | | | | 182.00 |
| Holiday | | | | 910.00 |
| PTO | | | | 910.00 |
| Regular | 22.75 | 76.00 | 1,729.00 | 22,746.97 |
| **Gross Earnings** | | **76.00** | **1,729.00** | **24,748.97** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 117.24 | 1,647.40 |
| MED | 24.30 | 348.04 |
| PA | 51.45 | 736.94 |
| PA-350501 | 16.76 | 240.06 |
| PA-DIC4 | 2.00 | 30.00 |
| PASUI-E | 1.21 | 17.33 |
| SS | 103.90 | 1,488.21 |
| **Taxes** | **316.86** | **4,507.98** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins Pretax | 17.85 | 249.90 |
| Medical Ins | 31.94 | 447.16 |
| SUPPLEMENTAL LIFE INS | 3.50 | 49.00 |
| Vision | 3.46 | 48.44 |
| **Deductions** | **56.75** | **794.50** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SOFI BANK, NATIONAL ASSOCIATION | C | ***4544 | 1,355.39 |
| CITIBANK FEDERAL SAVINGS BANK | C | ***0214 | 0.00 |
| **Total Direct Deposits** | | | **1,355.39** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| FT | 0.00 | 8.00 |
| LVT/PM/ | 24.00 | 0.00 |
| PTO | 3.16 | 40.00 |

# VE Acquisition LLC dba Memorial Vet Hosp
1534 Scranton Carbondale Hwy
Dickson City, PA 18508

Direct Deposit Advice

paylocity

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | July 10, 2026 | 6447 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| DIRECT DEPOSIT VOUCHER | | | |
| CITIBANK FEDERAL | C | ***0214 | 0.00 |
| SOFI BANK, NATIONAL | C | ***4544 | 1,269.28 |
| **Total Direct Deposits** | | | **1,269.28** |

332082   5450-2-21   6034  6447 5265        **332082**
**Mikaela Lanuti**
412 Roosevelt St
Jermyn, PA  18433

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### VE Acquisition LLC dba Memorial Vet Hosp

**Mikaela Lanuti**

**Earnings Statement**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Employee ID | **6034** | Fed Taxable Income | **1,562.76** | Check Date | **July 10, 2026** | Voucher Number | **6447** |
| Location | **5450-2-21** | Fed Filing Status | **M** | Period Beginning | **June 22, 2026** | Net Pay | **1,269.28** |
| Hourly | **$22.75** | State Filing Status | **M-0** | Period Ending | **July 5, 2026** | Total Hours Worked | **71.0334** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ER Cost of | | 0.00 | 290.00 | 3,770.00 |
| Floating H | | | | 182.00 |
| Holiday | | | | 910.00 |
| PTO | | | | 910.00 |
| Regular | 22.75 | 71.0334 | 1,616.01 | 21,017.97 |
| **Gross Earnings** | | **71.0334** | **1,616.01** | **23,019.97** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 103.69 | 1,530.16 |
| MED | 22.66 | 323.74 |
| PA | 47.98 | 685.49 |
| PA-350501 | 15.63 | 223.30 |
| PA-DIC4 | 2.00 | 28.00 |
| PASUI-E | 1.13 | 16.12 |
| SS | 96.89 | 1,384.31 |
| **Taxes** | **289.98** | **4,191.12** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins Pretax | 17.85 | 232.05 |
| Medical Ins | 31.94 | 415.22 |
| SUPPLEMENTAL LIFE INS | 3.50 | 45.50 |
| Vision | 3.46 | 44.98 |
| **Deductions** | **56.75** | **737.75** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SOFI BANK, NATIONAL ASSOCIATION | C | ***4544 | 1,269.28 |
| CITIBANK FEDERAL SAVINGS BANK | C | ***0214 | 0.00 |
| **Total Direct Deposits** | | | **1,269.28** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| FT | 0.00 | 8.00 |
| LVT/PM/ | 24.00 | 0.00 |
| PTO | 0.08 | 40.00 |

**VE Acquisition LLC dba Memorial Vet Hosp**
1534 Scranton Carbondale Hwy
Dickson City, PA 18508

Direct Deposit Advice

paylocity

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | June 26, 2026 | 6274 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| CITIBANK FEDERAL | C | ***0214 | 429.46 |
| **Total Direct Deposits** | | | **429.46** |

332082  5450-2-21   6034  6274  5113          **332082**

**Mikaela Lanuti**
412 Roosevelt St
Jermyn, PA  18433

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### VE Acquisition LLC dba Memorial Vet Hosp

**Mikaela Lanuti**                                                                 **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | **6034** | Fed Taxable Income | **493.13** | Check Date | **June 26, 2026** | Voucher Number **6274** |
| Location | **5450-2-21** | Fed Filing Status | **M** | Period Beginning | **June 8, 2026** | Net Pay **429.46** |
| Hourly | **$22.75** | State Filing Status | **M-0** | Period Ending | **June 21, 2026** | Total Hours Worked **16.0167** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ER Cost of | | 0.00 | 290.00 | 3,480.00 |
| Floating H | 22.75 | 8.00 | 182.00 | 182.00 |
| Holiday | | | | 910.00 |
| PTO | | | | 910.00 |
| Regular | 22.75 | 16.0167 | 364.38 | 19,401.96 |
| **Gross Earnings** | | **24.0167** | **546.38** | **21,403.96** |

| Taxes | | Amount | YTD |
|---|---|---|---|
| FITW | | 0.00 | 1,426.47 |
| MED | | 7.15 | 301.08 |
| PA | | 15.14 | 637.51 |
| PA-350501 | | 4.93 | 207.67 |
| PA-DIC4 | | 2.00 | 26.00 |
| PASUI-E | | 0.38 | 14.99 |
| SS | | 30.57 | 1,287.42 |
| **Taxes** | | **60.17** | **3,901.14** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins Pretax | 17.85 | 214.20 |
| Medical Ins | 31.94 | 383.28 |
| SUPPLEMENTAL LIFE INS | 3.50 | 42.00 |
| Vision | 3.46 | 41.52 |
| **Deductions** | **56.75** | **681.00** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| CITIBANK FEDERAL SAVINGS BANK | C | ***0214 | 429.46 |
| **Total Direct Deposits** | | | **429.46** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| FT | 0.00 | 8.00 |
| LVT/PM/ | 24.00 | 0.00 |
| PTO | -3.00 | 40.00 |

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | June 12, 2026 | 6070 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| CITIBANK FEDERAL | C | ***0214 | 1,386.02 |
| **Total Direct Deposits** | | | **1,386.02** |

332082   5450-2-21   6034  6070  4939        **332082**

Non Negotiable - This is not a check - Non Negotiable

**Mikaela Lanuti**
412 Roosevelt St
Jermyn, PA  18433

## Non Negotiable - This is not a check - Non Negotiable

### VE Acquisition LLC dba Memorial Vet Hosp

**Mikaela Lanuti**                                                                **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | **6034** | Fed Taxable Income | **1,715.94** | Check Date | **June 12, 2026** | Voucher Number | **6070** |
| Location | **5450-2-21** | Fed Filing Status | **M** | Period Beginning | **May 25, 2026** | Net Pay | **1,386.02** |
| Hourly | **$22.75** | State Filing Status | **M-0** | Period Ending | **June 7, 2026** | Total Hours Worked | **27.7667** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ER Cost of | | 0.00 | 290.00 | 3,190.00 |
| Holiday | 22.75 | 10.00 | 227.50 | 910.00 |
| PTO | 22.75 | 40.00 | 910.00 | 910.00 |
| Regular | 22.75 | 27.7667 | 631.69 | 19,037.58 |
| **Gross Earnings** | | **77.7667** | **1,769.19** | **20,857.58** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 122.07 | 1,426.47 |
| MED | | | 24.88 | 293.93 |
| PA | | | 52.68 | 622.37 |
| PA-350501 | | | 17.16 | 202.74 |
| PA-DIC4 | | | 2.00 | 24.00 |
| PASUI-E | | | 1.24 | 14.61 |
| SS | | | 106.39 | 1,256.85 |
| **Taxes** | | | **326.42** | **3,840.97** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins Pretax | 17.85 | 196.35 |
| Medical Ins | 31.94 | 351.34 |
| SUPPLEMENTAL LIFE INS | 3.50 | 38.50 |
| Vision | 3.46 | 38.06 |
| **Deductions** | **56.75** | **624.25** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| CITIBANK FEDERAL SAVINGS BANK | C | ***0214 | 1,386.02 |
| **Total Direct Deposits** | | | **1,386.02** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| FT | 8.00 | 0.00 |
| LVT/PM/ | 24.00 | 0.00 |
| PTO | -6.08 | 40.00 |

VE Acquisition LLC dba Memorial Vet Hosp | 1534 Scranton Carbondale Hwy  Dickson City, PA 18508 | 610-255-5145 | FEIN: 93-1637805 | PA: 78-68541

# VE Acquisition LLC dba Memorial Vet Hosp
1534 Scranton Carbondale Hwy
Dickson City, PA 18508

Direct Deposit Advice

paylocity

**Check Date**  
May 29, 2026

**Voucher Number**  
5901

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| CITIBANK FEDERAL | C | ***0214 | 1,376.40 |
| **Total Direct Deposits** | | | **1,376.40** |

332082   5450-2-21   6034  5901  4798          **332082**

**Mikaela Lanuti**
412 Roosevelt St
Jermyn, PA  18433

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### VE Acquisition LLC dba Memorial Vet Hosp

**Mikaela Lanuti**                                                                                        **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **6034** | Fed Taxable Income | **1,698.67** | Check Date | **May 29, 2026** | Voucher Number | **5901** |
| Location | **5450-2-21** | Fed Filing Status | **M** | Period Beginning | **May 11, 2026** | Net Pay | **1,376.40** |
| Hourly | **$22.75** | State Filing Status | **M-0** | Period Ending | **May 24, 2026** | Total Hours Worked | **74.6666** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| ER Cost of | | | | 2,900.00 |
| Holiday | | | | 682.50 |
| Regular | 22.75 | 74.6666 | 1,698.67 | 18,405.89 |
| **Gross Earnings** | | **74.6666** | **1,698.67** | **19,088.39** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Ins Pretax | | 178.50 |
| Medical Ins | | 319.40 |
| SUPPLEMENTAL LIFE INS | | 35.00 |
| Vision | | 34.60 |
| | | **567.50** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 119.99 | 1,304.40 |
| MED | 24.63 | 269.05 |
| PA | 52.15 | 569.69 |
| PA-350501 | 16.99 | 185.58 |
| PA-DIC4 | 2.00 | 22.00 |
| PASUI-E | 1.19 | 13.37 |
| SS | 105.32 | 1,150.46 |
| **Taxes** | **322.27** | **3,514.55** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| CITIBANK FEDERAL SAVINGS BANK | C | ***0214 | 1,376.40 |
| **Total Direct Deposits** | | | **1,376.40** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| FT | 8.00 | 0.00 |
| LVT/PM/ | 24.00 | 0.00 |
| PTO | 30.84 | 0.00 |

VE Acquisition LLC dba Memorial Vet Hosp | 1534 Scranton Carbondale Hwy  Dickson City, PA 18508 | 610-255-5145 | FEIN: 93-1637805 | PA: 78-68541