United States Bankruptcy Court

Middle District of Pennsylvania

| In re: | Case No. 26-02111-MJC |
|---|---|
| Zachary Jeffrey Lanuti | Chapter 7 |
| Mikaela Lanuti | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Jul 29, 2026 | Form ID: 309A | Total Noticed: 80 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Zachary Jeffrey Lanuti, Mikaela Lanuti, 412 Roosevelt Street, Jermyn, PA 18433-1643 |
| 5821087 | + | Affirm, CT Corporation System, 330 N Brand Blvd, Glendale, CA 91203-2308 |
| 5821089 | | AllianceOne Receivables Management, Attn: Compliance Department, 3000 Ames Crossing Rd Ste 750, Eagan, MN 55121-2529 |
| 5821092 | + | Burns Richard J DO, 321 Spruce St # 609, Scranton, PA 18503-1409 |
| 5821125 | + | Kevin's Wholesale 401(k) Plan, Attn: Kevin Tinkelman, 710 Capouse Ave, Scranton, PA 18509-3120 |
| 5821130 | | LVHN Service Area, 1200 S cedar Crest Blvd, Allentown, PA 18103-6202 |
| 5821126 | | Laboratory Corporation of America, Attn: Bankruptcy Department, PO Box 216, Appomattox, VA 24522-0216 |
| 5821127 | + | Lehigh Valley Hospital Dickson, 330 Main St, Dickson City, PA 18519-1691 |
| 5821128 | + | Lehigh Valley Physician Group, 1243/1230 S Cedar Crest Blvd, Allentown, PA 18103-6268 |
| 5821129 | | Lehigh Valley Physician Group, 1251 S Cedar Crest Blvd Ste 102A, Allentown, PA 18103-6205 |
| 5821134 | + | Michael A. Carrucoli, Esq., 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |
| 5821137 | + | Moses Taylor Hospital, 700 Quincy Avenue, Scranton, PA 18510-1798 |
| 5821148 | + | Regional Hospital of Scranton, 746 Jefferson Avenue, Scranton, PA 18510-1624 |
| 5821158 | | The Wright Center, 501 S Washington Ave, Scranton, PA 18505-3814 |
| 5821161 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: usbkct@bankruptcypa.com | Jul 29 2026 18:50:00 | Carlo Sabatini, Sabatini Law Firm, LLC, 216 N. Blakely St., Dunmore, PA 18512 |
| tr | ^ | MEBN | Jul 29 2026 18:43:28 | Lisa Ann Rynard, Law Office of Lisa A. Rynard, (Trustee), 240 Broad Street, Montoursville, PA 17754-2282 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Jul 29 2026 18:50:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5821084 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jul 29 2026 18:50:00 | Absolute Resolutions, 8000 Norman Center Dr # 350, Bloomington, MN 55437-1178 |
| 5821090 | | Email/Text: bankruptcy@sunrisecreditservices.com | Jul 29 2026 18:50:00 | AT & T Mobility, Attn: Bankruptcy, PO Box 9004, Melville, NY 11747-9004 |
| 5821083 | | Email/Text: mnapoletano@ars-llc.biz | Jul 29 2026 18:50:00 | Ability Recovery Services LLC, PO Box 4262, Scranton, PA 18505-6262 |
| 5821085 | + | Email/Text: bankruptcy@acima.com | Jul 29 2026 18:50:00 | Acima Digital LLC, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 5821086 | + | Email/Text: bankruptcy@acima.com | Jul 29 2026 18:50:00 | Acima Leasing, 13907 Minuteman Dr., 5th Floor, Draper, UT 84020-9869 |
| 5821088 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 29 2026 18:55:49 | Affirm Inc, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5821091 | | Email/Text: bankruptcynotices@hellobrigit.com | | |

|  |  |  | Jul 29 2026 18:50:00 | Brigit, 36 West 20th Street, Floor 11, New York, NY 10011 |
|---|---|---|---|---|
| 5821093 |  | Email/Text: caineweiner@ebn.phinsolutions.com |  |  |
|  |  |  | Jul 29 2026 18:50:47 | Caine & Weiner Company Inc, 5805 Sepulveda Blvd Fl 4, Sherman Oaks, CA 91411-2532 |
| 5821094 |  | Email/Text: cms-bk@cms-collect.com |  |  |
|  |  |  | Jul 29 2026 18:50:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 5821095 |  | EDI: CAPONEAUTO.COM |  |  |
|  |  |  | Jul 29 2026 22:47:00 | Capital One Auto Finance, Attn Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5821096 |  | EDI: CAPITALONE.COM |  |  |
|  |  |  | Jul 29 2026 22:47:00 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5821097 | + | EDI: CAPITALONE.COM |  |  |
|  |  |  | Jul 29 2026 22:47:00 | Capital One Bank USA, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5821098 |  | EDI: CAPITALONE.COM |  |  |
|  |  |  | Jul 29 2026 22:47:00 | Capital One Bank USA N.A., AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5821100 |  | EDI: CAPITALONE.COM |  |  |
|  |  |  | Jul 29 2026 22:47:00 | Capital One/ Kohls Department Store, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5821101 |  | Email/PDF: MerrickBKNotifications@Resurgent.com |  |  |
|  |  |  | Jul 29 2026 18:55:47 | Carson Smithfield, LLC, 225 W Station Square Dr Fl 4, Pittsburgh, PA 15219-1174 |
| 5821102 |  | EDI: CITICORP |  |  |
|  |  |  | Jul 29 2026 22:47:00 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5821103 |  | Email/Text: bankruptcy@sw-credit.com |  |  |
|  |  |  | Jul 29 2026 18:50:00 | Comcast, 4120 International Pkwy, # 100, Carrollton, TX 75007-1957 |
| 5821104 | + | EDI: COMCASTCBLCENT |  |  |
|  |  |  | Jul 29 2026 22:47:00 | Comcast Corporation, Comcast Center 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 5821105 | + | Email/Text: bankruptcy@credencerm.com |  |  |
|  |  |  | Jul 29 2026 18:50:00 | Credence Resource Management, 4222 Trinity Mills, Suite 260, Dallas, TX 75287-7666 |
| 5821106 |  | Email/PDF: resurgentbknotifications@resurgent.com |  |  |
|  |  |  | Jul 29 2026 18:55:47 | Credit One American Express, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5821107 |  | Email/PDF: creditonebknotifications@resurgent.com |  |  |
|  |  |  | Jul 29 2026 18:55:49 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5821108 |  | Email/PDF: resurgentbknotifications@resurgent.com |  |  |
|  |  |  | Jul 29 2026 18:55:51 | Credit One Bank N.A., Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5821109 |  | Email/Text: bankruptcies@crownasset.com |  |  |
|  |  |  | Jul 29 2026 18:50:00 | Crown Asset Management, 3100 Breckinridge Blvd Ste 725, Duluth, GA 30096-7605 |
| 5821114 |  | EDI: DISCOVER |  |  |
|  |  |  | Jul 29 2026 22:47:00 | Discover Bank, 6500 New Albany Rd E, New Albany, OH 43054-8730 |
| 5821110 | ^ | MEBN |  |  |
|  |  |  | Jul 29 2026 18:43:18 | Dept of Ed/Aidvantage, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 5821111 |  | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov |  |  |
|  |  |  | Jul 29 2026 18:50:00 | Dept of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 5821115 |  | Email/Text: operations@tilt.com |  |  |
|  |  |  | Jul 29 2026 18:50:00 | Empower/Finwise, 660 York St Ste 102, San Francisco, CA 94110-2102 |
| 5821116 | + | Email/PDF: MerrickBKNotifications@Resurgent.com |  |  |
|  |  |  | Jul 29 2026 18:55:49 | Fingerhut/Webbank, 6250 Ridgewood Ro, Saint Cloud, MN 56303-0820 |
| 5821117 |  | Email/Text: reports@halstedfinancial.com |  |  |
|  |  |  | Jul 29 2026 18:50:00 | Halsted Financial Services, LLC, PO Box 828, Skokie, IL 60076-0828 |
| 5821118 | + | Email/Text: clientsupport-us-stl@indebted.co |  |  |
|  |  |  | Jul 29 2026 18:50:00 | Indebted USA Inc, Po Box 1201, Farmington, MO 63640-4128 |
| 5821119 |  | EDI: JEFFERSONCAP.COM |  |  |
|  |  |  | Jul 29 2026 22:47:00 | Jefferson Capital Systems, LLC, 16 McLeland Rd, |

| | | | | |
|---|---|---|---|---|
| | | | | Saint Cloud, MN 56303-2198 |
| 5821120 | + | EDI: JPMORGANCHASE | Jul 29 2026 22:47:00 | JPMorgan Chase Bank, PO Box 15369, Wilmington, DE 19850-5369 |
| 5821124 | ^ | MEBN | Jul 29 2026 18:43:26 | Katapult, 5360 Legacy Dr, Bldg 2,, Plano, TX 75024-4197 |
| 5821123 | ^ | MEBN | Jul 29 2026 18:43:27 | Katapult, 5360 Legacy Drive, Building 2, Suite 135, Plano, TX 75024-4197 |
| 5821131 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2026 18:55:47 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5821132 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2026 18:55:49 | LVNV Funding LLC, 355 S Main St, Greenville, SC 29601-2923 |
| 5821133 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 29 2026 18:55:49 | Merrick Bank Corp, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5821135 | | Email/Text: bankruptcydpt@mcmcg.com | Jul 29 2026 18:50:00 | Midland Credit Management Inc, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 5821136 | + | Email/Text: bankruptcy@moneylion.com | Jul 29 2026 18:50:00 | Moneylion Inc., PO Box 1547, Sandy, UT 84091-1547 |
| 5821138 | | EDI: AGFINANCE.COM | Jul 29 2026 22:47:00 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 5821140 | | Email/Text: bankruptcies@penncredit.com | Jul 29 2026 18:50:00 | PennCredit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110-9307 |
| 5821141 | | EDI: PRA.COM | Jul 29 2026 22:47:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5821142 | | Email/Text: pasi_bankruptcy@chs.net | Jul 29 2026 18:50:00 | Professional Account Services, PO Box 188, Brentwood, TN 37024-0188 |
| 5821139 | ^ | MEBN | Jul 29 2026 18:43:25 | Patenaude & Felix, A.P.C, 2400 Ansys Dr Ste 402B, Canonsburg, PA 15317-0403 |
| 5821143 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jul 29 2026 18:50:00 | Progressive Insurance, PO Box 31260, Tampa, FL 33631-3260 |
| 5821144 | | Email/Text: ecfbankruptcy@progleasing.com | Jul 29 2026 18:50:00 | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |
| 5821146 | + | Email/Text: ngisupport@radiusgs.com | Jul 29 2026 18:50:00 | Radius Global Solutions, 7505 Metro Blvd, Edina, MN 55439-3010 |
| 5821147 | + | Email/Text: ngisupport@radiusgs.com | Jul 29 2026 18:50:00 | Radius Global Solutions LLC, 7505 Metro Blvd, Suite 400, Minneapolis, MN 55439-3010 |
| 5821150 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Jul 29 2026 18:50:00 | Sezzle Inc, 251 1st Ave N Ste 200, Minneapolis, MN 55401-1672 |
| 5821153 | | EDI: SYNC | Jul 29 2026 22:47:00 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 5821149 | | Email/Text: enotifications@santanderconsumerusa.com | Jul 29 2026 18:50:00 | Santander Bank, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 5821151 | + | Email/Text: bankruptcy@sw-credit.com | Jul 29 2026 18:50:00 | Southwest Credit System, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 5821152 | | Email/Text: bankruptcy@sw-credit.com | Jul 29 2026 18:50:00 | Southwest Credit Systems, 4120 International Pkwy Ste 1100, Carrollton, TX 75007-1958 |
| 5821154 | | EDI: SYNC | Jul 29 2026 22:47:00 | Synchrony Bank, PO Box 960006, Orlando, FL 32896-0006 |
| 5821155 | | EDI: SYNC | Jul 29 2026 22:47:00 | Synchrony Bank/Lowes, PO Box 960061, Orlando, FL 32896-0061 |
| 5821156 | | EDI: SYNC | Jul 29 2026 22:47:00 | Synchrony Bank/PayPal Credit, PO Box 965064, |

| | | | | |
|---|---|---|---|---|
| | | | | Orlando, FL 32896-5064 |
| 5821157 | ^ MEBN | | Jul 29 2026 18:43:30 | The Bank of Missouri, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5821159 | + Email/Text: accountservicing@trueaccord.com | | Jul 29 2026 18:50:00 | True Accord, 16011 College Blvd, Lenexa, KS 66219-9877 |
| 5821162 | Email/Text: edbknotices@ecmc.org | | Jul 29 2026 18:50:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5821160 | + Email/Text: UpStart@ebn.phinsolutions.com | | Jul 29 2026 18:50:00 | Upstart Network Inc, PO Box 1503, San Carlos, CA 94070-7503 |
| 5821163 | EDI: VERIZONCOMB.COM | | Jul 29 2026 22:47:00 | Verizon Wireless, Attn: Bankruptcy Department, PO Box 408, Newark, NJ 07101-0408 |
| 5821164 | EDI: WFFC2 | | Jul 29 2026 22:47:00 | Wells Fargo Education, 3201 N 4th Ave, Sioux Falls, SD 57104-0700 |

TOTAL: 65

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5821112 | | Discover Bank, PO Box 30939 |
| 5821121 | | JPMorgan Chase Bank, PO Box 15369 |
| 5821113 | | Salt Lake City, UT 84130-0939 |
| 5821122 | | Wilmington, DE 19850-5369 |
| 5821099 | * | Capital One Bank USA N.A., Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5821145 | *+ | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | |
| | on behalf of Debtor 1 Zachary Jeffrey Lanuti usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | |
| | on behalf of Debtor 2 Mikaela Lanuti usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lisa Ann Rynard | |
| | larynard@larynardlaw.com PA88@ecfcbis.com |

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

| | | |
|---|---|---|
| Debtor 1: | **Zachary Jeffrey Lanuti**<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–5197<br>EIN:   _ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | **Mikaela Lanuti**<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–1274<br>EIN:   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court:   Middle District of Pennsylvania | | Date case filed for chapter:   7   7/28/26 |
| Case number:   5:26–bk–02111–MJC | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline       10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Zachary Jeffrey Lanuti | Mikaela Lanuti |
| 2. | **All other names used in the last 8 years** | aka Zachary Lanuti, aka Zachary J Lanuti, aka Zach Lanuti | fka Mikaela Zbegner, fka Mikaela Ratay |
| 3. | **Address** | 412 Roosevelt Street<br>Jermyn, PA 18433 | 412 Roosevelt Street<br>Jermyn, PA 18433 |
| 4. | **Debtor's attorney**<br>Name and address | Carlo Sabatini<br>Sabatini Law Firm, LLC<br>216 N. Blakely St.<br>Dunmore, PA 18512 | Contact phone 570–341–9000<br><br>Email:  usbkct@bankruptcypa.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lisa Ann Rynard<br>Law Office of Lisa A. Rynard<br>(Trustee)<br>240 Broad Street<br>Montoursville, PA 17754 | Contact phone 570–505–3289<br><br>Email:  larynard@larynardlaw.com |

**For more information, see page 2 >**

**Receiving Court Issued Orders and Notices by E–Mail:**   (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (https://www.pamb.uscourts.gov/receive–court–notices–and–orders–email–debn ), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| **6.** | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Max Rosenn U.S. Courthouse 197 South Main Street Wilkes–Barre, PA 18701 | Hours open: Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831–2500<br><br>Date: 7/29/26 |
|---|---|---|---|

| **7.** | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>**\*Valid photo ID and proof of Social Security number are required\*** | **Date:  August 24, 2026 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional information use the QR code or visit:<br><br>https://www.justice.gov/ust/ust–regions–r03/region–3–section–341–meetings–0#TrusteeZoom<br><br>The Court does not endorse or exercise any responsibility of the content at this link. | **Location:**<br>Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 546 009 7117, Click on Join using passcode 7420254622, or call 1–272–239–0720<br><br> |
|---|---|---|---|

| **8.** | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
|---|---|---|---|

| **9.** | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/23/26** |
|---|---|---|---|
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| **10.** | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|

| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|