# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Zachary Jeffrey Lanuti,<br>aka Zachary Lanuti, aka Zachary J Lanuti, aka Zach Lanuti,<br><br>**Debtor 1** | Chapter 7<br><br>Case No. 5:26−bk−02111−MJC |
| Mikaela Lanuti,<br>fka Mikaela Zbegner, fka Mikaela Ratay,<br><br>**Debtor 2** | |

Social Security No.:
xxx−xx−5197 xxx−xx−1274
Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lisa Ann Rynard**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,



Mark J. Conway, United States Bankruptcy Judge

Dated: October 28, 2026

**fnldecac** (05/18)