United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-02111-MJC
Zachary Jeffrey Lanuti Chapter 7
Mikaela Lanuti
Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: admin 
Date Rcvd: Oct 28, 2026 Form ID: 318 Total Noticed: 79

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Zachary Jeffrey Lanuti, Mikaela Lanuti, 412 Roosevelt Street, Jermyn, PA 18433-1643 |
| 5821087 | + | Affirm, CT Corporation System, 330 N Brand Blvd, Glendale, CA 91203-2308 |
| 5821089 | | AllianceOne Receivables Management, Attn: Compliance Department, 3000 Ames Crossing Rd Ste 750, Eagan, MN 55121-2529 |
| 5821092 | #+ | Burns Richard J DO, 321 Spruce St # 609, Scranton, PA 18503-1409 |
| 5821125 | + | Kevin's Wholesale 401(k) Plan, Attn: Kevin Tinkelman, 710 Capouse Ave, Scranton, PA 18509-3120 |
| 5821130 | | LVHN Service Area, 1200 S cedar Crest Blvd, Allentown, PA 18103-6202 |
| 5821126 | | Laboratory Corporation of America, Attn: Bankruptcy Department, PO Box 216, Appomattox, VA 24522-0216 |
| 5821127 | + | Lehigh Valley Hospital Dickson, 330 Main St, Dickson City, PA 18519-1691 |
| 5821128 | + | Lehigh Valley Physician Group, 1243/1230 S Cedar Crest Blvd, Allentown, PA 18103-6268 |
| 5821129 | | Lehigh Valley Physician Group, 1251 S Cedar Crest Blvd Ste 102A, Allentown, PA 18103-6205 |
| 5821134 | + | Michael A. Carrucoli, Esq., 6 Kacey Court, Suite 203, Mechanicsburg, PA 17055-9237 |
| 5821137 | + | Moses Taylor Hospital, 700 Quincy Avenue, Scranton, PA 18510-1798 |
| 5821148 | + | Regional Hospital of Scranton, 746 Jefferson Avenue, Scranton, PA 18510-1624 |
| 5821158 | | The Wright Center, 501 S Washington Ave, Scranton, PA 18505-3814 |
| 5821161 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 28 2026 23:10:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5821084 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 28 2026 19:14:00 | Absolute Resolutions, 8000 Norman Center Dr # 350, Bloomington, MN 55437-1178 |
| 5821090 | | Email/Text: bankruptcy@sunrisecreditservices.com | Oct 28 2026 19:14:00 | AT & T Mobility, Attn: Bankruptcy, PO Box 9004, Melville, NY 11747-9004 |
| 5821083 | | Email/Text: mnapoletano@ars-llc.biz | Oct 28 2026 19:14:00 | Ability Recovery Services LLC, PO Box 4262, Scranton, PA 18505-6262 |
| 5821085 | + | Email/Text: bankruptcy@acima.com | Oct 28 2026 19:14:00 | Acima Digital LLC, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 5821086 | + | Email/Text: bankruptcy@acima.com | Oct 28 2026 19:14:00 | Acima Leasing, 13907 Minuteman Dr., 5th Floor, Draper, UT 84020-9869 |
| 5821088 | | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 28 2026 19:16:28 | Affirm Inc, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5821091 | | Email/Text: bankruptcynotices@hellobrigit.com | Oct 28 2026 19:14:00 | Brigit, 36 West 20th Street, Floor 11, New York, NY 10011 |
| 5821093 | | Email/Text: caineweiner@ebn.phinsolutions.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 28 2026 19:14:43 | Caine & Weiner Company Inc, 5805 Sepulveda Blvd Fl 4, Sherman Oaks, CA 91411-2532 |
| 5821094 | | Email/Text: cms-bk@cms-collect.com | Oct 28 2026 19:14:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 5821095 | | EDI: CAPONEAUTO.COM | Oct 28 2026 23:10:00 | Capital One Auto Finance, Attn Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5821834 | + | EDI: AISACG.COM | Oct 28 2026 23:10:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5821096 | | EDI: CAPITALONE.COM | Oct 28 2026 23:10:00 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5821097 | + | EDI: CAPITALONE.COM | Oct 28 2026 23:10:00 | Capital One Bank USA, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5821098 | | EDI: CAPITALONE.COM | Oct 28 2026 23:10:00 | Capital One Bank USA N.A., AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5821100 | | EDI: CAPITALONE.COM | Oct 28 2026 23:10:00 | Capital One/ Kohls Department Store, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5821101 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 28 2026 19:27:36 | Carson Smithfield, LLC, 225 W Station Square Dr Fl 4, Pittsburgh, PA 15219-1174 |
| 5821102 | | EDI: CITICORP | Oct 28 2026 23:10:00 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5821103 | | Email/Text: bankruptcy@sw-credit.com | Oct 28 2026 19:14:00 | Comcast, 4120 International Pkwy, # 100, Carrollton, TX 75007-1957 |
| 5821104 | + | EDI: COMCASTCBLCENT | Oct 28 2026 23:10:00 | Comcast Corporation, Comcast Center 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 5821105 | + | Email/Text: bankruptcy@credencerm.com | Oct 28 2026 19:14:00 | Credence Resource Management, 4222 Trinity Mills, Suite 260, Dallas, TX 75287-7666 |
| 5821106 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2026 19:16:36 | Credit One American Express, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5821107 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 28 2026 19:16:36 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5821108 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2026 19:16:28 | Credit One Bank N.A., Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5821109 | | Email/Text: bankruptcies@crownasset.com | Oct 28 2026 19:14:00 | Crown Asset Management, 3100 Breckinridge Blvd Ste 725, Duluth, GA 30096-7605 |
| 5821114 | | EDI: DISCOVER | Oct 28 2026 23:10:00 | Discover Bank, 6500 New Albany Rd E, New Albany, OH 43054-8730 |
| 5821110 | ^ | MEBN | Oct 28 2026 19:11:20 | Dept of Ed/Aidvantage, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 5821111 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 28 2026 19:14:00 | Dept of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 5821115 | | Email/Text: operations@tilt.com | Oct 28 2026 19:14:00 | Empower/Finwise, 660 York St Ste 102, San Francisco, CA 94110-2102 |
| 5821116 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 28 2026 19:16:28 | Fingerhut/Webbank, 6250 Ridgewood Ro, Saint Cloud, MN 56303-0820 |
| 5821117 | | Email/Text: reports@halstedfinancial.com | Oct 28 2026 19:14:00 | Halsted Financial Services, LLC, PO Box 828, Skokie, IL 60076-0828 |
| 5821118 | + | Email/Text: clientsupport-us-stl@indebted.co | Oct 28 2026 19:14:00 | Indebted USA Inc, Po Box 1201, Farmington, MO 63640-4128 |
| 5821119 | | EDI: JEFFERSONCAP.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 28 2026 23:10:00 | Jefferson Capital Systems, LLC, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 5821120 | + | EDI: JPMORGANCHASE | Oct 28 2026 23:10:00 | JPMorgan Chase Bank, PO Box 15369, Wilmington, DE 19850-5369 |
| 5821124 | ^ | MEBN | Oct 28 2026 19:11:20 | Katapult, 5360 Legacy Dr, Bldg 2,, Plano, TX 75024-4197 |
| 5821123 | ^ | MEBN | Oct 28 2026 19:11:21 | Katapult, 5360 Legacy Drive, Building 2, Suite 135, Plano, TX 75024-4197 |
| 5821131 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2026 19:16:29 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5821132 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2026 19:16:40 | LVNV Funding LLC, 355 S Main St, Greenville, SC 29601-2923 |
| 5821133 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 28 2026 19:16:36 | Merrick Bank Corp, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5821135 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 28 2026 19:14:52 | Midland Credit Management Inc, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 5821136 | + | Email/Text: bankruptcy@moneylion.com | Oct 28 2026 19:14:00 | Moneylion Inc., PO Box 1547, Sandy, UT 84091-1547 |
| 5821138 | | EDI: AGFINANCE.COM | Oct 28 2026 23:10:00 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 5821140 | | Email/Text: bankruptcies@penncredit.com | Oct 28 2026 19:14:00 | PennCredit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110-9307 |
| 5821141 | | EDI: PRA.COM | Oct 28 2026 23:10:00 | Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5821142 | | Email/Text: pasi_bankruptcy@chs.net | Oct 28 2026 19:14:00 | Professional Account Services, PO Box 188, Brentwood, TN 37024-0188 |
| 5821139 | ^ | MEBN | Oct 28 2026 19:11:20 | Patenaude & Felix, A.P.C, 2400 Ansys Dr Ste 402B, Canonsburg, PA 15317-0403 |
| 5821143 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Oct 28 2026 19:14:00 | Progressive Insurance, PO Box 31260, Tampa, FL 33631-3260 |
| 5821144 | | Email/Text: ecfbankruptcy@progleasing.com | Oct 28 2026 19:14:00 | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |
| 5821146 | + | Email/Text: ngisupport@radiusgs.com | Oct 28 2026 19:14:00 | Radius Global Solutions, 7505 Metro Blvd, Edina, MN 55439-3010 |
| 5821147 | + | Email/Text: ngisupport@radiusgs.com | Oct 28 2026 19:14:00 | Radius Global Solutions LLC, 7505 Metro Blvd, Suite 400, Minneapolis, MN 55439-3010 |
| 5821150 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Oct 28 2026 19:14:00 | Sezzle Inc, 251 1st Ave N Ste 200, Minneapolis, MN 55401-1672 |
| 5821153 | | EDI: SYNC | Oct 28 2026 23:10:00 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 5821149 | | Email/Text: enotifications@santanderconsumerusa.com | Oct 28 2026 19:14:00 | Santander Bank, Attn: Bankruptcy, PO Box 961245, Fort Worth, TX 76161-0244 |
| 5821151 | + | Email/Text: bankruptcy@sw-credit.com | Oct 28 2026 19:14:00 | Southwest Credit System, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 5821152 | | Email/Text: bankruptcy@sw-credit.com | Oct 28 2026 19:14:00 | Southwest Credit Systems, 4120 International Pkwy Ste 1100, Carrollton, TX 75007-1958 |
| 5821154 | | EDI: SYNC | Oct 28 2026 23:10:00 | Synchrony Bank, PO Box 960006, Orlando, FL 32896-0006 |
| 5821155 | | EDI: SYNC | Oct 28 2026 23:10:00 | Synchrony Bank/Lowes, PO Box 960061, Orlando, FL 32896-0061 |
| 5821156 | | EDI: SYNC | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 28 2026 23:10:00 | Synchrony Bank/PayPal Credit, PO Box 965064, Orlando, FL 32896-5064 |
| 5821157 | ^ | MEBN | Oct 28 2026 19:11:18 | The Bank of Missouri, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5821159 | + | Email/Text: accountservicing@trueaccord.com | Oct 28 2026 19:14:00 | True Accord, 16011 College Blvd, Lenexa, KS 66219-9877 |
| 5821162 | | Email/Text: edbknotices@ecmc.org | Oct 28 2026 19:14:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5821160 | + | Email/Text: UpStart@ebn.phinsolutions.com | Oct 28 2026 19:14:00 | Upstart Network Inc, PO Box 1503, San Carlos, CA 94070-7503 |
| 5821163 | | EDI: VERIZONCOMB.COM | Oct 28 2026 23:10:00 | Verizon Wireless, Attn: Bankruptcy Department, PO Box 408, Newark, NJ 07101-0408 |
| 5821164 | | EDI: WFFC2 | Oct 28 2026 23:10:00 | Wells Fargo Education, 3201 N 4th Ave, Sioux Falls, SD 57104-0700 |

TOTAL: 64

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5821112 | | Discover Bank, PO Box 30939 |
| 5821121 | | JPMorgan Chase Bank, PO Box 15369 |
| 5821113 | | Salt Lake City, UT 84130-0939 |
| 5821122 | | Wilmington, DE 19850-5369 |
| 5821099 | * | Capital One Bank USA N.A., Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5821145 | *+ | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Zachary Jeffrey Lanuti usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 2 Mikaela Lanuti usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |

Lisa Ann Rynard
larynard@larynardlaw.com PA88@ecfcbis.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Zachary Jeffrey Lanuti<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–5197 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Mikaela Lanuti<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–1274 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:26–bk–02111–MJC | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Zachary Jeffrey Lanuti
aka Zachary Lanuti, aka Zachary J Lanuti, aka Zach Lanuti

Mikaela Lanuti
fka Mikaela Zbegner, fka Mikaela Ratay

10/28/26

**By the court:**



Mark J. Conway, United States
Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**